UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAYMOND BRYANT,

               Defendant.

No. 19 Cr. 00080-01 ( NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Defendant's application seeking a Court Order directing the Bureau of Prisons[1] to release to his/her counsel, *inter alia*, his/her medical records, as well as any records related to the Bureau of Prisons' alleged designation of the Defendant as "high-risk" in regard to the ongoing COVID-19 pandemic, is GRANTED.

    It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel of record, within five business days of this Order:

    (1) Defendant's complete medical records from the time he/she entered into the custody of the Bureau of Prisons to the present, and

    (2) any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high-risk" in regard to the ongoing COVID-19 pandemic.

Dated: April 3, 2020
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2020

---

[1] The term Bureau of Prisons shall be interpreted to include any state facility wherein a federal detainee/defendant is being housed.