```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
          :
UNITED STATES OF AMERICA   :     **Order Excluding Time**
          :
     v.   :     19 Cr. 80 (NSR)-01
          :
RAYMOND BRYANT,   :
          :
          Defendant.   :
          :
- - - - - - - - - - - - - - - - - - x

  The Court has received a request by AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, by Assistant United States Attorney Samuel L. Raymond, requesting that the time period from September 23, 2020, when a pre-trial conference was scheduled, to the newly scheduled date of October 28, 2020 at 10:30 a.m., be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Government seeks the exclusion of the foregoing period in the interest of justice because the parties continue discussions regarding a disposition prior to trial. Full consideration having been given to the matter set forth therein, it is hereby

  ORDERED that the time between September 23, 2020 and the pre-trial conference now scheduled October 28, 2020 at 10:30 a.m. be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the

2

Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial, because it will allow the parties to continue discussions regarding a possible pretrial disposition.

Dated:   White Plains, NY

September 22, 2020

SO ORDERED.

_____
THE HONORABLE NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK