UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raymond Bryant

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-cr-80(1) (NSR)

Defendant __Raymond Bryant__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

/s/ Raymond Bryant by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Raymond Bryant
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Andrew Rubin
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/22/2021
_____
Date

__Judith C. McCarthy__
_____
U.S. District Judge/U.S. Magistrate Judge