**MEMO ENDORSED**

**ANDREW A. RUBIN**
ATTORNEY AT LAW
1133 WESTCHESTER AVENUE
SUITE N-202
WHITE PLAINTS, NEW YORK 10604

OF COUNSEL: GAINES, NOVICK,
PONZINI, COSSU & VENDITTI

TELEPHONE: (914) 761-9200
FACSIMILE: (914) 288-0850

February 24, 2021

Honorable Nelson S. Roman
United States District Court
300 Quarropas St.
White Plains, New York 10601
(email and ECF)

Re: US v Raymond Bryant
    Dkt: 19 Cr 80-01 (NSR)

Dear Judge Roman:

This case is scheduled for sentence on February 25, 2021, the defendant having entered a guilty plea in front of Magistrate/Judge McCarthy on November 20, 2020.

With the consent of the government I am requesting an adjournment until April 14 or 15, 2021 to, hopefully, allow us the opportunity to possibly appear in person for the sentence.

Thank you for your consideration.

Respectfully;

Andrew A. Rubin

Cc: AUSA Samuel Raymond (email and ECF)

---

Deft's request to adjourn the in-person Sentencing from Feb. 25, 2021 until Apr. 14, 2021 at 10:30 am or, alternatively, Apr. 15, 2021 at 10:00 am is granted upon the Govt's consent. Clerk of Court requested to terminate the motion (doc. 105).
Dated: Feb. 25, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2021