UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

RAYMOND BRYANT,
  a/k/a "Ray Love,"

                Defendant.

------------------------------------- x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

19 Cr. 80 (NSR) - 01

        WHEREAS, on or about February 6, 2019, RAYMOND BRYANT, a/k/a "Ray Love," (the "Defendant"), and another, was charged in a three-count Indictment, 19 Cr. 80 (NSR) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2 (Count Two); and felon in possession, in violation of Title 18, United States Code, Section 922(g)(1) and 2 (Count Three);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained;

        WHEREAS, on or about December 13, 2018 the Government seized $25,130 in United States currency from Defendant's residence (the "Seized Currency") and 2013 KIA Optima VIN 5XXGM4A76DG236100 (the "Seized Vehicle");


6/8/2021

WHEREAS, on or about November 20, 2020, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, to the United States, pursuant to Title 21, United States Code, Section 853, i) a sum of money equal to $25,130 in United States currency, representing proceeds traceable to the commission of the offense, and the value of the Seized Vehicle (the "Money Judgment"); and (ii) all right, title and interest of the Defendant in the Specific Property;

WHEREAS, on or about November 21, 2019 a Declaration of Administrative Forfeiture was entered forfeiting the Seized Currency and Seized Vehicle to the Government;

WHEREAS, the Defendant consents to entry of a money judgment in the amount of $25,130 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, with the exception of the Seized Currency, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney, Samuel Raymond, of counsel, and the Defendant, and his counsel, Andrew A. Rubin, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $25,130 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, RAYMOND BRYANT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. The Government shall apply the Seized Currency towards the satisfaction of the Money Judgment.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

5. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

9. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

10. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *[signature]*     6/8/21
SAMUEL RAYMOND     DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-6519

RAYMOND BRYANT

By: *[signature]*     6/8/21
RAYMOND BRYANT     DATE

By: *[signature]*     6/8/21
ANDREW A. RUBIN, ESQ.     DATE
Attorney for Defendant
~~1 North Broadway~~ 1133 Westchester Ave
White Plains, NY ~~10604~~     Ste N-202

SO ORDERED:

*[signature]*     6/8/21
HONORABLE NELSON S. ROMAN     DATE
UNITED STATES DISTRICT JUDGE