UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

RAYMOND BRYANT,

        Defendant(s).
-------------------------------------------------------x

**ORDER**

19 Cr. 0080-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

    The Court appoints nunc pro tunc to July 22, 2022 C.J.A. counsel Andrew Patel for the limited purpose of handling Defendant's compassionate release motion.

    The briefing schedule for Defendant's motion for compassionate release is as follows: supplemental moving papers shall be filed on or before August 15, 2022; opposition papers shall be filed on or before August 22, 2022; and reply papers, if any, shall be filed on or before August 29, 2022. The parties are directed to provide chambers with two hard courtesy copies (and one electronic emailed to chambers) as the respective papers are filed.

    Counsel is directed to serve a copy of this Order on Defendant and file proof of service.

SO ORDERED.

Dated:   White Plains, New York
          July 28, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022