**LARRY SHEEHAN**
Attorney at Law
840 Grand Concourse-Suite 1A
Bronx, New York 10451
Office Phone: (917) 417-0490
Email: Larry-nicky@att.net

March 10, 2023

United States Courthouse
Hon. Nelson Roman
300 Quarropas Street
White Plains, New York 10601

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/10/2023 |

Re: United States v. Raymond Bryant
    19 CR 80 (NSR)

Dear Judge Roman:

My client is requesting a furlough to attend the funeral of his uncle on Monday, March 13, 2023. It will be held at The House of Refuge Cathedral located at 131 Broadway in Newburgh, New York 12550 from 11:00am to 1:00pm.

I have reached out to Ausa Sam Raymond and he has deferred to BOP. I contacted the prison and am awaiting a response from the chaplain.

If the Court has any questions please do not hesitate to contact the undersigned.

Sincerely,

Larry Sheehan

LS/ss

**MEMO ENDORSED**

While the Court is sympathetic to Defendant for his loss, the request for a furlough is DENIED. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 152.

Dated: March 10, 2023
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE